entered upon a decision of the court on trial at Special Term in an action to compel the removal of certain fences and to enjoin the defendant from interfering with an alleged right of way.

*Harlan F. Stone* for appellants.

*Benjamin N. Cardozo* and *Harold Swain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

HAROLD SWAIN, Respondent, *v.* JOSEPH SCHONLEBEN et al., Appellants.

*Swain* v. *Schonleben*, 130 App. Div. 521, affirmed.
(Argued May 3, 1910; decided May 17, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine title to real property.

*Harlan F. Stone* for appellants.

*Benjamin N. Cardozo* and *Harold Swain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS PHILLIPS, Respondent, *v.* EDWARD RAYNES, a Peace Officer of the County of New York, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Submitted April 25, 1910; decided May 17, 1910.)

Motion for re-argument denied. The order was affirmed upon the authority of *People* v. *Hawkins* (157 N. Y. 1), without passing upon any of the other questions involved in this appeal. (See 198 N. Y. 539.)